HARRY J. MARKS, a Stockholder in the H. J. MARKS & Co., INC., Suing in Behalf of Himself, etc., Respondent, v. PHILLIPS BADENHAUSEN, Individually and as Treasurer and Directo: of the H. J. MARKS & Co., INC., and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ISAAC KIRSCHENBAUM, Respondent, v. MUSCATT MANUFACTURING Co., INC, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

OSCAR L. RICHARD and Others, Surviving Copartners, etc., Respondents, v. THE CONNECTICUT ELECTRIC MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GEISMAN, MUSLINER & BRIGHTMAN, INC., Respondent, v. THE ROYAL BANK OF CANADA, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ESTHER REGOW, an Infant, etc., by Her Guardian ad Litem, LOUIS REGOW, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LENA HOROWITZ, Respondent, v. JAMES BUTLER, INC., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $15,152.60; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM GURALNICK, Appellant, v. STANDARD HARLEM ICE CREAM Co., INC., Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that issues of fact were presented by the testimony requiring the decision of the jury. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Merrell and Martin, JJ., dissent upon the ground that the plaintiff proved by his own testimony that the defendant was not guilty of any negligence.

J. R. SIMON & Co., INC., Respondent, v. A. E. ROTHSTEIN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MORRIS ROSENBAUM, Respondent, v. AMERICAN FOREIGN BANKING CORPORATION, Appellant. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GEORGE KREMER, Appellant, v. FIFTY-NINTH STREET AND TENTH AVENUE HOLDING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.